UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYQUAN FOSTER, | No. 2:23-cv-2937 KJN P |
| Plaintiff, | |
| v. | |
| T. CAMPBELL, | ORDER |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the court's filing fee or submitted a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendant. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action is transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

////

1

1  2. All future filings shall reference the new Fresno case number assigned and shall be
2  filed at:
3  United States District Court
   Eastern District of California
   2500 Tulare Street
4  Fresno, CA 93721

5  Dated: December 28, 2023

6

7  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE
8  /fost2937.22

2